**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1844

_____

Robert B. DePugh,                          *
                                           *
          Appellant,                       *
                                           *
                                    Appeal from the United States
     v.                                    *
                                    District Court for the
                                           *
                                    Western District of Missouri.
Willis Swearingin,                         *
                                           *    [UNPUBLISHED]
          Appellee.                        *

_____

                          Submitted: September 30,
1997
                                Filed: October 3,
1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.


     Robert B. DePugh appeals from the District Court's[1]
order dismissing his 42 U.S.C. § 1983 (1994) action with
prejudice pursuant to Federal Rules of Civil Procedure
41(b) and 37(b).  Upon review of the record and the

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the
Western District of Missouri.

parties' briefs, we find no abuse of discretion. Accordingly, we affirm without further discussion. See 8th Cir. R. 47B.

A true copy.

   Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.